UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

D. SAMUEL GOODELL,

        Plaintiff,                     Case No. 1:20-cv-11322

v.                                         Honorable Thomas L. Ludington
                                             United States District Judge

MICHAEL LEWIS,

                                             Honorable Curtis Ivy Jr.
       Defendant.             United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT, AND DISMISSING CASE**

On June 29, 2023, Magistrate Judge Curtis Ivy Jr., issued a report recommending that the case be dismissed on Defendant's motion for summary judgment. ECF No. 74. Judge Ivy provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Ivy's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the report.

Accordingly, it is **ORDERED** that Judge Ivy's Report and Recommendation, ECF No. 74, is **ADOPTED**, that Defendant's Motion for Summary Judgment, ECF No. 69, is **GRANTED**, and that the above-captioned case is **DISMISSED WITH PREJUDICE** under Civil Rule 56.

**This is a final order and closes the above-captioned case**.

Dated: July 18, 2023                                         s/Thomas L. Ludington
                                                              THOMAS L. LUDINGTON
                                                              United States District Judge